In the Matter of Proceedings Supplementary to Judgment: JACK LEVINE, Respondent, v. JOSEPH E. LEVINE, Appellant.— Order granting motion to punish appellant for contempt of court for violation of the provisions of an injunction

contained in a certain subpœna in supplementary proceedings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order on notice.